MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN • CICA • COPPEDGE**
4495 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com
Attorneys for Plaintiffs
*JB Carter Enterprises, LLC dba*
*ATM Merchant Systems*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 – 10; and ROE DEFENDANTS 11 - 20,<br><br>Defendants. | Case No: 2:18-cv-00394-JAD-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Plaintiff JB Carter Enterprises, LLC dba ATM Merchant Systems, a Nevada limited liability company, by and through its attorneys Michael R. Mushkin, Esq. and L. Joe Coppedge, Esq., of the law firm Mushkin Cica Coppedge, and Defendant Elavon, Inc., a Georgia Corporation, by and through its attorneys Patrick J. Reilly, Esq., and Sydney R. Gambee, Esq., of the law firm Holland & Hart, hereby stipulate and agree to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss, or in the Alternatively, Motion for

Summary Judgment in order to provide Plaintiffs with adequate time to respond.

IT IS HEREBY STIPULATED that the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss, or in the Alternatively, Motion for Summary Judgment, currently due on March 26, 2017, shall be extended by a period of three (3) days, making the new deadline on or before March 29, 2017.

Dated this 26th day of March, 2018

MUSHKIN • CICA • COPPEDGE

 /s/ Michael R. Mushkin
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
4495 S. Pecos Road
Las Vegas, Nevada 89121

Dated this 26th day of March, 2018

HOLLAND & HART

 /s/ Sydney R. Gambee
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
SYDNEY R. GAMBEE, ESQ.
Nevada Bar No. 14201
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

IT IS SO ORDERED.

Dated: March 27, 2018.

_____
U.S. DISTRICT COURT JUDGE