Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email:  preilly@hollandhart.com
          srgambee@hollandhart.com

*Attorneys for Elavon, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 – 10; and ROE DEFENDANTS 11 - 20,<br><br>Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS OR, ALTERNATIVLEY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

## STIPULATION

Plaintiff JB Carter Enterprises, LLC DBA ATM Merchant Systems ("Plaintiff") and Defendant Elavon, Inc. ("Elavon"), by and through their counsel of record, hereby stipulate and agree to extend the deadline for Elavon to file and serve its Reply in support of its Motion to Dismiss or, Alternatively, for Partial Summary Judgment ("Motion") as follows so that Elavon may have adequate time to reply.

1. The deadline for Elavon to file and serve its Reply shall be extended by one week from April 5, 2018 to April 12, 2018. No additional extensions are anticipated.

2. This request will not affect the current hearing date of May 14, 2018.

/ / /

10844414_1

3. This stipulation is submitted in good faith and not for the purpose of delay.

Dated this 4th day of April, 2018.        Dated this 4th day of April, 2018.

MUSHKIN • CICA • COPPEDGE               HOLLAND & HART LLP

    */s/ L. Joe Coppedge*                         */s/ Sydney R. Gambee*
MICHAEL R. MUSHKIN, ESQ.                PATRICK J. REILLY, ESQ.
Nevada State Bar No. 2421               Nevada Bar No. 6103
L. JOE COPPEDGE, ESQ.                   SYDNEY R. GAMBEE, ESQ.
Nevada State Bar No. 4954               Nevada Bar No. 14201
4495 S. Pecos Road                      9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89121                 Las Vegas, Nevada 89134

*Attorneys for Plaintiff JB Carter Enterprises, LLC DBA ATM Merchant Systems*   *Attorneys for Defendant Elavon, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 5, 2018.