MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN • CICA • COPPEDGE**
4495 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>    Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>    Defendants. | Case No.: 2:18-cv-00394-JAD-NJK |

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
## (FIRST REQUEST)

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("ATMMS" or "Plaintiff"), by and through its attorneys of record, Michael R. Mushkin, Esq. and L. Joe Coppedge, Esq., of the law firm Mushkin Cica Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the deadline for the parties to respond to the respective Motions for Summary Judgment ("Motions") filed herein.

In support of this stipulation, the parties state that on March 28, 2019, Defendant filed its Motion for Summary Judgment (Doc. 59) and Plaintiff filed its Motion for Partial Summary Judgment (Doc. 64). After the filing of the Motions, counsel for Plaintiff experienced a death in his family on April 2, 2019 which required that he be away from the office for a brief period. As a result, the parties have agreed to extend the deadlines for both parties to respond to the Motions for a period of two (2) weeks.

IT IS HEREBY STIPULATED that the deadline for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment (Doc. 64), currently due on April 18, 2019 shall be extended for a period of two (2) weeks to May 2, 2019.

IT IS FURTHER STIPULATED that the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment (Doc. 59), currently due on April 18, 2019 shall be extended for a period of two (2) weeks to May 2, 2019.

Dated this 16th day of April, 2019

MUSHKIN • CICA • COPPEDGE

/s/ L. Joe Coppedge
MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
4495 S. Pecos Road
Las Vegas, Nevada 89121
Attorneys for Plaintiff
*ATM Merchant Systems*

Dated this 16th day of April, 2019

HOLLAND & HART

/s/ Sydney R. Gambee
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Attorneys for Defendant
*Elavon*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 17, 2019.