| | |
|---|---|
| 1 | MICHAEL R. MUSHKIN, ESQ. |
| 2 | Nevada State Bar No. 2421 |
|   | L. JOE COPPEDGE, ESQ. |
| 3 | Nevada State Bar No. 4954 |
|   | **MUSHKIN • CICA • COPPEDGE** |
| 4 | 4495 S. Pecos Road |
| 5 | Las Vegas, Nevada 89121 |
|   | Telephone: 702-386-3999 |
| 6 | Facsimile: 702-454-3333 |
| 7 | michael@mccnvlaw.com |
|   | jcoppedge@mccnvlaw.com |
| 8 | Attorneys for Plaintiff |
| 9 | *ATM Merchant Systems* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company

    Plaintiff,

vs.

ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;

    Defendants.

Case No.: 2:18-cv-00394-JAD-NJK

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR ONE DAY**

**(SECOND REQUEST)**

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("ATMMS" or "Plaintiff"), by and through its attorneys of record, Michael R. Mushkin, Esq. and L. Joe Coppedge, Esq., of the law firm Mushkin Cica Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the deadline for the parties to respond to the respective Motions for Summary Judgment ("Motions") filed herein.

In support of this stipulation, the parties state that on March 28, 2019, Defendant filed its Motion for Summary Judgment (Doc. 59) and Plaintiff filed its Motion for Partial Summary Judgment (Doc. 64). After the filing of the Motions, the parties agreed to extend the deadlines for both parties to respond to the Motions for a period of two (2) weeks (Doc. 65). Since then, lead counsel for the Plaintiff has been in a trial all week and has been unable review or comment on the opposition to Defendant's Motion for Summary Judgment. The parties have agreed to extend the deadline for both parties to respond to the Motions for one (1) day so Plaintiff's lead counsel can review and provide meaningful comment to Plaintiff's opposition.

IT IS HEREBY STIPULATED that the deadline for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment (Doc. 64), currently due on May 2, 2019 shall be extended for one day to May 3, 2019.

IT IS FURTHER STIPULATED that the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment (Doc. 59), currently due on May 2, 2019 shall be extended for one day to May 3, 2019.

| | |
|---|---|
| Dated this 2nd day of May, 2019 | Dated this 2nd day of May, 2019 |
| MUSHKIN • CICA • COPPEDGE | HOLLAND & HART |
| /s/L. Joe Coppedge<br>MICHAEL R. MUSHKIN<br>Nevada State Bar No. 2421<br>L. JOE COPPEDGE<br>Nevada State Bar No. 4954<br>4495 S. Pecos Road<br>Las Vegas, Nevada 89121<br>Attorneys for Plaintiff<br>*ATM Merchant Systems* | /s/ Sydney R. Gambee<br>JOSEPH G. WENT<br>Nevada Bar No. 9220<br>SYDNEY R. GAMBEE<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>*Elavon* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 3, 2019.