| | |
|---|---|
| MICHAEL R. MUSHKIN, ESQ.<br>Nevada State Bar No. 2421<br>L. JOE COPPEDGE, ESQ.<br>Nevada State Bar No. 4954<br>**MUSHKIN • CICA • COPPEDGE**<br>4495 S. Pecos Road<br>Las Vegas, Nevada 89121<br>Telephone: 702-386-3999<br>Facsimile: 702-454-3333<br>michael@mccnvlaw.com<br>jcoppedge@mccnvlaw.com<br><br>Attorneys for Plaintiff<br>*ATM Merchant Systems* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>    Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>    Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br>[ECF No. 72] |

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR ONE DAY**

**(THIRD REQUEST)**

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("ATMMS" or "Plaintiff"), by and through its attorneys of record, Michael R. Mushkin, Esq. and L. Joe Coppedge, Esq., of the law firm Mushkin Cica Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the deadline for the parties to file replies in support of their respective Motions for Summary Judgment ("Motions") filed herein.

In support of this stipulation, the parties state that on March 28, 2019, Defendant filed its Motion for Summary Judgment (Doc. 59) and Plaintiff filed its Motion for Partial Summary Judgment (Doc. 64). After the filing of the Motions, the parties agreed to extend the deadlines for both parties to respond to the Motions for a period of two (2) weeks (Doc. 65), and then for an additional one (1) day (Doc. 67). Both parties filed timely oppositions to the Motions on May 3, 2019 (Docs 69 and 71), making the Replies in support of the Motions due on Friday, May 17, 2019. The parties agree that a brief extension of one judicial day is merited in order to compete and file the replies in support of the Motions.

IT IS HEREBY STIPULATED that the deadline for Defendant to file its reply in support of the Defendant's Motion for Partial Summary Judgment (Doc. 59), currently due on May 17, 2019 shall be extended for one judicial day to Monday, May 20, 2019.

IT IS FURTHER STIPULATED that the deadline for Plaintiff to file its reply in support of Plaintiff's Motion for Summary Judgment (Doc. 64), currently due on May 17, 2019 shall be extended for one judicial day to Monday, May 20. 2019.

| | |
|---|---|
| Dated this 16th day of May, 2019 | Dated this 16th day of May, 2019 |
| MUSHKIN • CICA • COPPEDGE | HOLLAND & HART |
| /s/L. Joe Coppedge<br>MICHAEL R. MUSHKIN<br>Nevada State Bar No. 2421<br>L. JOE COPPEDGE<br>Nevada State Bar No. 4954<br>4495 S. Pecos Road<br>Las Vegas, Nevada 89121<br>Attorneys for Plaintiff<br>*ATM Merchant Systems* | /s/ Sydney R. Gambee<br>JOSEPH G. WENT<br>Nevada Bar No. 9220<br>SYDNEY R. GAMBEE<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>*Elavon* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: May 16, 2019