MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>    Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>    Defendants. | Case No.: 2:18-cv-00394-JAD-NJK |

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
## (FIRST REQUEST)

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, Michael R. Mushkin and L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the deadline for the parties to respond to the Motion for Attorneys' Fees and Nontaxable Costs and Bill of Costs filed herein.

In support of this stipulation, the parties state that on February 4, 2020, Defendant filed its Bill of Costs (Doc. 80) and Motion for Attorneys' Fees and Nontaxable Costs (Doc. 82). Due to counsel for the Plaintiff's absence from the office for other work related matters, the parties have agreed to extend the deadline for Plaintiff to respond to the Motion for a period of three (3) days.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to respond to Defendant's Bill of Costs (Doc. 80) and Motion for Attorneys' Fees and Nontaxable Costs (Doc. 82), currently due on February 18, 2020 shall be extended for a period of three (3) days to February 21, 2020.

Dated this 18th day of February, 2020

MUSHKIN & COPPEDGE

/s/ L. Joe Coppedge
MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Attorneys for Plaintiff
*ATM Merchant Systems*

Dated this 18th day of February, 2020

HOLLAND & HART

/s/ Sydney R. Gambee
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Attorneys for Defendant
*Elavon*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 19, 2020.