1  Joseph G. Went, Esq.
   Nevada Bar No. 9220
2  Sydney R. Gambee, Esq.
   Nevada Bar No. 14201
3  HOLLAND & HART LLP
   9555 Hillwood Drive, Second Floor
4  Las Vegas, Nevada 89134
   Tel: (702) 669-4600
5  Fax: (702) 669-4650
   Email:  jgwent@hollandhart.com
6          srgambee@hollandhart.com

7  *Attorneys for Elavon, Inc.*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada 11 Limited Liability Company, | Case No.:  2:18-cv-00394-JAD-NJK |
| 12                    Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR ELAVON, INC. TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS AND OBJECTION TO BILL OF COSTS (ECF NO. 91)** |
| 13       vs. | |
| 14  ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1-10; and ROE 15 DEFENDANTS 11-20; | |
| 16                    Defendants. | **(First Request)** ECF No. 95 |

17

18        Defendant ELAVON, INC. ("Elavon") and Plaintiff JB CARTER ENTERPRISES, LLC

19  DBA ATM MERCHANT SYSTEMS, A NEVADA LIMITED LIABILITY COMPANY

20  ("ATMMS"), by and through their respective counsel of record, and pursuant to LR IA 6-1, hereby

21  stipulate and agree to extend the deadline for Elavon, Inc. to file and serve its Reply to Plaintiff's

22  Opposition to Defendant's Motion for Attorneys' Fees and Nontaxable Costs and Objection to Bill

23  of Costs (ECF No. 91).   On February 4, 2020, Elavon filed its Bill of Costs (ECF No. 80) and

24  Motion for Attorneys' Fees and Nontaxable Costs (ECF No. 82).   On February 18, 2020, the parties

25  agreed to extend the deadline for ATMMS to file its Response to the Bill of Costs and Motion for

26  Attorneys' Fees and Nontaxable Costs to February 21, 2020 (ECF No. 85).   On February 21, 2020,

27  ATMMS filed its Opposition to Defendant's Motion for Attorneys' Fees and Nontaxable Costs and

28  Objection to Bill of Costs (ECF No. 91).

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

Due to scheduling issues relating to other work-related matters, including counsel for Elavon's absence from the office for a hearing in Reno, Nevada, the parties have agreed to extend the deadline for Elavon to file its Reply to ATMMS' Opposition to Defendant's Motion for Attorneys' Fees and Nontaxable Costs and Objection to Bill of Costs (ECF No. 91) for fourteen (14) days.

**IT IS HEREBY STIPULATED** that the deadline for Elavon to file and serve its Reply to ATMMS' Opposition to Defendant's Motion for Attorneys' Fees and Nontaxable Costs and Objection to Bill of Costs (ECF No. 91) currently due February 28, 2020 shall be extended to March 13, 2020.

This is the first request for extension of this deadline for Elavon's Reply.

**STIPULATED AND AGREED TO** this 27th day of February, 2020.

| | |
|---|---|
| _/s/ Sydney R. Gambee_ | _/s/ L. Joe Coppedge_ |
| Joseph G. Went, Esq. | Michael R. Mushkin, Esq. |
| Sydney R. Gambee, Esq. | L. Joe Coppedge, Esq. |
| HOLLAND & HART LLP | MUSHKIN * CICA * COPPEDGE |
| 9555 Hillwood Drive, Second Floor | 4495 S. Pecos Road |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89121 |
| | |
| _Attorneys for Elavon, Inc._ | _Attorney for JB Carter Enterprises, LLC dba ATM Merchant System_ |

## ORDER

**Based on the parties' stipulation [ECF Nos. 93, 95], IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
3-3-2020

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650