Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email:  jgwent@hollandhart.com
        srgambee@hollandhart.com

*Attorneys for Elavon, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1-10; and ROE DEFENDANTS 11-20;<br><br>Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(First Request)**         ECF No. 114 |

Defendant ELAVON, INC. ("Elavon") and Plaintiff JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, A NEVADA LIMITED LIABILITY COMPANY ("ATMMS"), by and through their respective counsel of record, and pursuant to LR IA 6-1, hereby stipulate and agree to extend the deadline for ELAVON AND ATMMS to file their Joint Pretrial Order.

On June 1, 2022, counsel for the parties appeared before the Court for a Status Conference, wherein the Court directed that the parties submit a Joint Pretrial Order within 14 days and advised of the Court's availability for trial through the months of October, November, and December 2022. While the parties are in agreement as to the trial stack of December 6, 2022 for trial, counsel continue to confer regarding the other components of the Joint Pretrial Order and therefore stipulate and agree to continue the deadline for the Joint Pretrial Order to July 1, 2022.

**IT IS HEREBY STIPULATED** that the deadline for the parties to file their Joint Pretrial Order currently due June 17, 2022[1] shall be extended to July 1, 2022.

This is the first request for extension of this deadline for the Joint Pretrial Order.

**STIPULATED AND AGREED TO** this 14th day of June, 2022.

| | |
|---|---|
| /s/ Sydney R. Gambee | /s/ L. Joe Coppedge |
| Joseph G. Went, Esq. | Michael R. Mushkin, Esq. |
| Sydney R. Gambee, Esq. | L. Joe Coppedge, Esq. |
| HOLLAND & HART LLP | MUSHKIN * CICA * COPPEDGE |
| 9555 Hillwood Drive, Second Floor | 4495 S. Pecos Road |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89121 |
| *Attorneys for Elavon, Inc.* | *Attorney for JB Carter Enterprises, LLC dba ATM Merchant System* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 16, 2022

19101464_v1

---

[1] While the Court noted on the record on June 1, 2022, the minutes of proceedings were served June 3, 2022.  ECF No. 113.