MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>    Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>    Defendants. | Case No.:  2:18-cv-00394-JAD-NJK<br><br><br><br>**ECF No. 121** |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON ELAVON, INC.'S OMNIBUS MOTION IN LIMINE, OR ALTERNATIVELY, MOTION FOR SANCTIONS PURSUANT TO FRCP 37(C)**

**(FIRST REQUEST)**

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("ATMMS" or "Plaintiff"), by and through its attorneys of record, Michael R. Mushkin, Esq. and L. Joe Coppedge, Esq., of the law firm Mushkin & Coppedge, and Defendant Elavon, Inc. ("Elavon" or "Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the deadline for Plaintiff to respond

to Elavon, Inc.'s Omnibus Motion in Limine, or, Alternatively, Motion for Sanctions Pursuant to FRCP 37(c) (the "Motion").

In support of this stipulation, the parties state Defendant filed the Motion on November 4, 2022 (Doc. 118). The deadline for Plaintiff to respond to the Motion is currently November 18, 2022. However, the undersigned counsel for the Plaintiff has advised counsel for the Defendant that he has pre-scheduled travel plans and will be leaving the office Thursday, November 17, 2022 returning to Las Vegas Monday afternoon, November 21, 2022. As a result, the parties agreed to extend the deadline for Plaintiff to respond to the Motion for two (2) judicial days, making Plaintiff's opposition due on Tuesday, November 22, 2022.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to file its opposition to the Motion (Doc. 118), currently due on November 18, 2022, shall be extended by two (2) judicial days to Tuesday, November 22, 2022.

| Dated this 17th day of November, 2022 | Dated this 17th day of November, 2022 |
|---|---|
| MUSHKIN & COPPEDGE | HOLLAND & HART |
| /s/L. Joe Coppedge<br>MICHAEL R. MUSHKIN<br>Nevada State Bar No. 2421<br>L. JOE COPPEDGE<br>Nevada State Bar No. 4954<br>6070 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89119<br>Attorneys for Plaintiff<br>*ATM Merchant Systems* | /s/Sydney R. Gambee<br>JOSEPH G. WENT<br>Nevada Bar No. 9220<br>SYDNEY R. GAMBEE<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>*Elavon* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
DATED: **11-21-22**