MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>    Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>    Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br><br><br>ECF No. 144 |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
### (FIRST REQUEST)

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, Michael R. Mushkin and L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend post-trial briefing schedule.

In support of this stipulation, the undersigned counsel for the Plaintiff states that he

tested positive for Covid during the evening of December 14, 2022, the last day of the trial, remained positive for approximately two (2) weeks, and then quarantined for at least five (5) days thereafter. As a result, the parties have agreed to extend the deadline for Plaintiff to file its opening brief for seven (7) days with corresponding extensions of the remaining post-trial briefing schedule.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to file its opening brief, previously due on January 13, 2023, shall now be due on January 20, 2023; Defendant's response brief, previously due on February 13, 2023 shall now be due on February 21, 2023; and Plaintiff's reply brief, previously due on February 27, 2023 shall now be due on March 7, 2023.

| Dated this 13th day of January 2023 | Dated this 13th day of January 2023 |
|---|---|
| MUSHKIN & COPPEDGE | HOLLAND & HART |
| /s/L.Joe Coppedge_____<br>MICHAEL R. MUSHKIN<br>Nevada State Bar No. 2421<br>L. JOE COPPEDGE<br>Nevada State Bar No. 4954<br>6070 S. Eastern Avenue, Suite 270<br>Las Vegas, NV 89119<br>Attorneys for Plaintiff<br>*ATM Merchant Systems* | /s/Sydney R. Gambee_____<br>JOSEPH G. WENT<br>Nevada Bar No. 9220<br>SYDNEY R. GAMBEE<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>*Elavon* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: 1/18/23