1  Joseph G. Went, Esq.
   Nevada Bar No. 9220
2  Sydney R. Gambee, Esq.
   Nevada Bar No. 14201
3  HOLLAND & HART LLP
   9555 Hillwood Drive, Second Floor
4  Las Vegas, Nevada 89134
   Tel: (702) 669-4600
5  Fax: (702) 669-4650
   Email:  jgwent@hollandhart.com
6          srgambee@hollandhart.com

7  *Attorneys for Elavon, Inc.*

8

9                        **UNITED STATES DISTRICT COURT**

                             **DISTRICT OF NEVADA**
10

11  JB CARTER ENTERPRISES, LLC DBA      Case No.:  2:18-cv-00394-JAD-NJK
    ATM MERCHANT SYSTEMS, a Nevada
12  Limited Liability Company,

13                   Plaintiff,          **STIPULATION AND ORDER TO
                                         EXTEND BRIEFING SCHEDULE**
14           vs.

15  ELAVON, INC., a Georgia Corporation; **(Second Request)**
    DOE DEFENDANTS 1-10; and ROE
16  DEFENDANTS 11-20;

17                   Defendants.         ECF No. 147

18

19

20      Defendant ELAVON, INC. ("Elavon") and Plaintiff JB CARTER ENTERPRISES, LLC

21  DBA ATM MERCHANT SYSTEMS ("ATMMS"), by and through their respective counsel of

22  record, and pursuant to LR IA 6-1, hereby stipulate and agree to extend post-trial briefing schedule.

23      IT IS HEREBY STIPULATED that the deadline for Defendant to file its response brief,

24  previously due on February 21, 2023, shall be extended by two weeks, until and including March 7,

25  2023.  Plaintiff's reply brief, previously due on March 7, 2023, shall now be due on March 21,

26  2023.

27  ///

28  ///

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone:  (702) 669-4600 ◆ Fax: (702) 669-4650

1    This is the second request for extension of these deadlines. Counsel request this extension

2 not for the purposes of delay, but to ensure adequate time to fully address all matters raised in

3 Plaintiff's Opening Brief, filed January 20, 2023 (ECF No. 146) and to allow sufficient time to

4 consult with client representative(s) regarding the same.

5    **STIPULATED AND AGREED TO** this 16th day of February, 2023.

6

7

8    _____/s/ Sydney R. Gambee_____          _____/s/ L. Joe Coppedge_____
     Joseph G. Went, Esq.                    Michael R. Mushkin, Esq. (NSB 2421)
9    Sydney R. Gambee, Esq.                  L. Joe Coppedge, Esq. (NSB 4954)
     HOLLAND & HART LLP                      MUSHKIN & COPPEDGE
10   9555 Hillwood Drive, Second Floor       6070 S. Eastern Avenue, Suite 270
     Las Vegas, Nevada 89134                 Las Vegas, Nevada 89119
11
     *Attorneys for Elavon, Inc.*            *Attorney for JB Carter Enterprises, LLC dba
12                                           ATM Merchant System*

13
                              **ORDER**
14
15   **IT IS SO ORDERED**.

16
17   _____
18   UNITED STATES DISTRICT JUDGE

19   DATED: ___2-21-23___

20   20915234_v1

21
22
23
24
25
26
27
28

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650