MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>Defendants. | Case No.:  2:18-cv-00394-JAD-NJK<br><br>ECF No. 150 |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
### (THIRD REQUEST)

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, Michael R. Mushkin and L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend post-trial briefing schedule.

In support of this stipulation, the undersigned counsel for the Plaintiff states that he will be out of town for a family medical matter from March 19, 2023 until March 22, 2023.

Based on the foregoing statement, the parties stipulate that the deadline for Plaintiff to file its reply brief, currently due on March 21, 2023 shall be extended by a period of three (3) days and shall now be due on March 24, 2023.

Dated this 17th day of March, 2023

MUSHKIN & COPPEDGE

/s/L.Joe Coppedge
MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Attorneys for Plaintiff
*ATM Merchant Systems*

Dated this 17th day of March, 2023

HOLLAND & HART

/s/Sydney R. Gambee
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Attorneys for Defendant
*Elavon*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED:  3/22/23