MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company | Case No.:  2:18-cv-00394-JAD-NJK |
| Plaintiff, | |
| vs. | |
| ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10; | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
### (FIRST REQUEST)

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend Plaintiff's Opposition to Defendant Elavon, Inc.'s Motion for Attorneys' Fees and Costs.

//

Based on the foregoing statement, the parties stipulate that the deadline for Plaintiff to file its opposition, currently due on Friday, September 8, 2023, shall be extended by a period of three (3) judicial days and shall now be due on Wednesday, September 13, 2023.

Dated this 8th day of September 2023.          Dated this 8th day of September 2023.

MUSHKIN & COPPEDGE                              HOLLAND & HART


/s/L.Joe Coppedge                               /s/Sydney R. Gambee
L. JOE COPPEDGE                                 SYDNEY R. GAMBEE
Nevada State Bar No. 4954                        Nevada Bar No. 14201
6070 S. Eastern Avenue, Suite 270               9555 Hillwood Drive, Second Floor
Las Vegas, NV 89119                             Las Vegas, Nevada 89134
Attorneys for Plaintiff                         Attorneys for Defendant
*ATM Merchant Systems*                          *Elavon*


IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE
September 13, 2023, *nunc pro tunc to*
September 8, 2023

**Cristiana Lopez**

| | |
|---|---|
| **From:** | Sydney R. Gambee <SRGambee@hollandhart.com> |
| **Sent:** | Friday, September 8, 2023 9:34 AM |
| **To:** | Cristiana Lopez |
| **Cc:** | Joe Coppedge; Karen Foley |
| **Subject:** | RE: ATMMS v. Elavon - 2:18-cv-00394-JAD-NJK |

This is fine.

**Sydney R. Gambee**
Associate, Holland & Hart LLP

srgambee@hollandhart.com | **T:** (702) 222-2530 **F:** 702-534-3941

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Cristiana Lopez <clopez@mccnvlaw.com>
**Sent:** Friday, September 8, 2023 9:30 AM
**To:** Sydney R. Gambee <SRGambee@hollandhart.com>
**Cc:** Joe Coppedge <jcoppedge@mccnvlaw.com>; Karen Foley <KFoley@mccnvlaw.com>
**Subject:** ATMMS v. Elavon - 2:18-cv-00394-JAD-NJK

**External Email**

Good Morning,

     Attached hereto, please find the proposed Stipulation and Order to Extend Briefing Scheduling in regard to the above-referenced matter, for your review and consideration. If you approve, may I affix your electronic signature?
If you have any other questions or concerns, please do not hesitate to contact me at any time.

Best Regards,

Cristiana M. Lopez
Paralegal
MUSHKIN & COPPEDGE
6070 South Eastern Avenue, Suite 270
Las Vegas, NV 89119
Tel. No. (702) 454-3333
Fax. No. (702) 386-4979

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).