Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email:  jgwent@hollandhart.com
            srgambee@hollandhart.com

*Attorneys for Elavon, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1-10; and ROE DEFENDANTS 11-20;<br><br>Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY**<br><br>**(First Request)**<br><br>ECF No. 164 |

**STIPULATION**

Defendant Elavon, Inc. ("Elavon") and Plaintiff JB Carter Enterprises, LLC d/b/a ATM Merchant Systems ("Plaintiff"), by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Elavon to file its Reply in support of Motion for Attorneys' Fees and Costs ("Motion") (ECF No. 157). This is the first request of Elavon to extend the deadline for Reply.

Pursuant to stipulation and order extending the deadline for Plaintiff's Response to the Motion (ECF Nos. 160 and 161), Plaintiff's Opposition to the Motion was filed herein on September 13, 2023 (ECF No. 162), making Elavon's Reply brief due September 20, 2023.

Elavon desires the extension of the deadline for Reply for one week to allow for sufficient time for client review and due to other conflicts of deadlines in separate matters around the same time period.

Based on the foregoing, the parties stipulate that the deadline for Elavon to file its Reply brief shall be extended by a period of one (1) week and shall now be due on September 27, 2023.

Dated September 20, 2023.                                                    Dated September 20, 2023.

/s/ Sydney R. Gambee                                                            /s/ L. Joe Coppedge
Joseph G. Went, Esq.                                                             Michael R. Mushkin, Esq. (NSB 2421)
Sydney R. Gambee, Esq.                                                       L. Joe Coppedge, Esq. (NSB 4954)
HOLLAND & HART LLP                                                         MUSHKIN & COPPEDGE
9555 Hillwood Drive, Second Floor                                       6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89134                                                    Las Vegas, Nevada 89119

*Attorneys for Elavon, Inc.*                                                      *Attorney for JB Carter Enterprises, LLC dba ATM Merchant System*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/26/23, nunc pro tunc to 9/20/23

30544647_v1