MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>Defendants. | Case No.:  2:18-cv-00394-JAD-NJK<br><br>ECF No. 178 |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
(FIRST REQUEST)**

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, Michael R. Mushkin and L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the briefing schedule.

In support of this stipulation, the undersigned counsel for the Plaintiff states that he experienced a death in his family on March 9, 2025, which required that he be away from the

office for a brief period. As a result, the parties have agreed to extend the deadlines for both parties to brief the topics stated in the Status Check of February 24, 2025, for a period of two (2) weeks.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to file its opening brief, currently due on March 26, 2025, shall be extended for a period of two (2) weeks to April 9, 2025.

IT IS FURTHER STIPULATED that the deadline for Defendant to file its response brief, currently due on April 25, 2025, shall be extended to May 9, 2025.

IT IS FURTHER STIPULATED that the deadline for Plaintiff to file its reply brief, currently due on May 15, 2025, shall be extend to May 29, 2025.

| | |
|---|---|
| Dated this 20th day of March, 2025 | Dated this 20th day of March, 2025 |
| MUSHKIN & COPPEDGE | HOLLAND & HART |
| /s/L. Joe Coppedge<br>MICHAEL R. MUSHKIN<br>Nevada State Bar No. 2421<br>L. JOE COPPEDGE<br>Nevada State Bar No. 4954<br>6070 S. Eastern Avenue, Suite 270<br>Las Vegas, NV 89119<br>Attorneys for Plaintiff<br>*ATM Merchant Systems* | /s/Sydney R. Gambee<br>JOSEPH G. WENT<br>Nevada Bar No. 9220<br>SYDNEY R. GAMBEE<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, Second Floor<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>*Elavon* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2025