Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys for Elavon, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1-10; and ROE DEFENDANTS 11-20;<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE BRIEF**<br><br>**(First Request)**<br><br>[ECF No. 182] |

**STIPULATION**

Defendant Elavon, Inc. ("Elavon") and Plaintiff JB Carter Enterprises, LLC d/b/a ATM Merchant Systems ("Plaintiff"), by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Elavon to file its Response Brief ("Response Brief") to Plaintiff's Opening Brief ("Opening Brief") (ECF No. 181). This is the first request of Elavon to extend the deadline for the Response Brief.[1]

Pursuant to stipulation and order extending the deadline for Plaintiff's Opening Brief (ECF

---

[1] While there was one prior stipulation (ECF No. 178, with order granting at ECF No. 179) to extend the deadline for the filing of the Opening Brief by two weeks, this is the first request by Elavon to extend the deadline for the Response Brief by two weeks.

Nos. 178 and 179), Plaintiff's Opening Brief was filed herein on April 9, 2025 (ECF No. 181), making Elavon's Response Brief bref due May 9, 2025.

Elavon desires the extension of the deadline for Response Brief for two weeks to allow for sufficient time for client review and due to other conflicts of deadlines in separate matters around the same time period.

Based on the foregoing, the parties stipulate that the deadline for Elavon to file its Response Brief shall be extended by a period of two (2) weeks and shall now be due on May 23, 2025.

Additionally, while Plaintiff's Reply Brief would ordinarily be due 20 days from the filing of the Response Brief, Plaintiff and Defendant further agree to extend the deadline for Plaintiff's Reply Brief by one (1) additional day, to June 13, 2025.

Dated May 7, 2025.                                         Dated May 7, 2025.

*/s/ Sydney R. Gambee*                                     */s/ L. Joe Coppedge*
Joseph G. Went, Esq.                                       Michael R. Mushkin, Esq. (NSB 2421)
Sydney R. Gambee, Esq.                                     L. Joe Coppedge, Esq. (NSB 4954)
HOLLAND & HART LLP                                         MUSHKIN & COPPEDGE
9555 Hillwood Drive, Second Floor                          6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89134                                    Las Vegas, Nevada 89119

*Attorneys for Elavon, Inc.*                               *Attorney for JB Carter Enterprises, LLC dba ATM Merchant System*

### ORDER

**IT IS THEREFORE ORDERED** that, based on the parties' stipulation and with good cause appearing, Defendant's response brief is due May 23, 2025, and Plaintiff's reply brief is due June 13, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 15, 2025

30544647_v2