MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>        Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>        Defendants. | Case No.:  2:18-cv-00394-JAD-NJK<br><br><br>[ECF No. 187] |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE
### (FIRST REQUEST)

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, Michael R. Mushkin and L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the briefing schedule regarding the Motion for Punitive Damages in Bench Trial.

In support of this stipulation, the undersigned counsel for the Plaintiff states that he

Page 1 of 2

recently experienced a brief illness. As a result, the parties have agreed to extend the deadlines for the Motion for Punitive Damages in Bench Trial and responses stated in the Order on Remand dated January 9, 2026 [ECF 186], for a period of two (2) days.

IT IS HEREBY STIPULATED that the deadline for Plaintiff to file its Motion for Punitive Damages in Bench Trial, currently due on February 9, 2026, shall be extended for a period of two (2) days to February 11, 2026.

IT IS FURTHER STIPULATED that the Defendant will have 30 days after that filing to file a response to that motion; and Plaintiff will then have 15 days to file a reply brief.

Dated this 9th day of February 2026

MUSHKIN & COPPEDGE


/s/Michael R. Mushkin
MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Attorneys for Plaintiff
*ATM Merchant Systems*

Dated this 9th day of February 2026

HOLLAND & HART


/s/Joseph G. Went
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Attorneys for Defendant
*Elavon*


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 10, 2026