Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email:   jgwent@hollandhart.com
         srgambee@hollandhart.com

*Attorneys for Elavon, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1-10; and ROE DEFENDANTS 11-20;<br><br>Defendants. | Case No.:  2:18-cv-00394-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE BRIEF**<br><br>**(First Request)**<br><br>**ECF No. 190** |

**STIPULATION**

Defendant Elavon, Inc. ("Elavon") and Plaintiff JB Carter Enterprises, LLC d/b/a ATM Merchant Systems ("Plaintiff"), by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Elavon to file its Response Brief ("Response Brief") to Plaintiff's Motion for Punitive Damages ("Motion") (ECF No. 188).  This is the first request of Elavon to extend the deadline for the Response Brief.[1]

Pursuant to stipulation and order extending the deadline for Plaintiff's Motion (ECF Nos. 187

---

[1] While there was one prior stipulation (ECF No. 187, with order granting at ECF No. 189) to extend the deadline for the filing of the Motion, this is the first request by Elavon to extend the deadline for the Response Brief by two weeks.

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

and 189), Plaintiff's Motion was filed herein on February 11, 2026 (ECF No. 188), making Elavon's Response Brief due March 13, 2026.

Elavon desires the extension of the deadline for Response Brief for two weeks to allow for sufficient time for client review and due to other conflicts of deadlines in separate matters around the same time period. Additionally counsel for Elavon has pre-scheduled travel out of the jurisdiction during one week of the two-week period of extension requested.

Based on the foregoing, the parties stipulate that **the deadline for Elavon to file its Response Brief** shall be extended by a period of two (2) weeks and **shall now be due on March 27, 2026.**

Additionally, **Plaintiff will have 15 days from March 27, 2026 to file a reply brief.**

Dated March 13, 2026.                                       Dated March 13, 2026.


/s/ Sydney R. Gambee                                        /s/ L. Joe Coppedge
Joseph G. Went, Esq.                                        Michael R. Mushkin, Esq. (NSB 2421)
Sydney R. Gambee, Esq.                                      L. Joe Coppedge, Esq. (NSB 4954)
HOLLAND & HART LLP                                          MUSHKIN & COPPEDGE
9555 Hillwood Drive, Second Floor                          6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89134                                     Las Vegas, Nevada 89119

*Attorneys for Elavon, Inc.*                               *Attorney for JB Carter Enterprises, LLC dba ATM Merchant System*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
March 17, 2026

37303132_v1

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ◆ Fax: (702) 669-4650