MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Plaintiff
*ATM Merchant Systems*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER ENTERPRISES, LLC DBA ATM MERCHANT SYSTEMS, a Nevada limited-liability company<br><br>Plaintiff,<br><br>vs.<br><br>ELAVON, INC., a Georgia Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>Defendants. | Case No.: 2:18-cv-00394-JAD-NJK<br><br><br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE (FIRST REQUEST)**<br>ECF No. 193 |

Plaintiff, JB Carter Enterprises, LLC d/b/a ATM Merchant Systems, ("Plaintiff"), by and through its attorneys of record, Michael R. Mushkin and L. Joe Coppedge, of the law firm Mushkin & Coppedge, and Defendant Elavon ("Defendant"), by and through its attorneys of record, Joseph G. Went and Sydney R. Gambee of the law firm of Holland & Hart stipulate and agree to extend the deadline for Plaintiff to file its Reply in Support of Motion for Punitive Damages.

This stipulation is made pursuant to the Court's Order on Remand dated January 9, 2026 [ECF No. 186], the Stipulation and Order extending Plaintiff's deadline to file its Motion for Punitive Damages in Bench Trial [ECF Nos. 187 and 189], and the Stipulation and Order extending Elavon's deadline to file its response brief [ECF Nos. 190 and 191].

Plaintiff filed its Motion for Punitive Damages in Bench Trial on February 11, 2026

[ECF No. 188]. Pursuant to the parties' prior stipulation and the Court's order, Elavon's opposition was due on March 27, 2026, and Plaintiff's reply was due 15 days thereafter. Elavon filed its Opposition to Plaintiff's Motion for Punitive Damages on March 27, 2026 [ECF No. 192]. Because the fifteenth day fell on Saturday, April 11, 2026, the deadline for Plaintiff's reply rolled to Monday, April 13, 2026, pursuant to Fed. R. Civ. P. 6(a)(1)(C).

The parties further stipulate that Plaintiff shall have an additional three (3) days, up to and including April 16, 2026, to file its Reply in Support of Motion for Punitive Damages. This is Plaintiff's first request to extend the deadline to file its reply brief. Although the parties previously stipulated to extensions of the deadlines to file the motion and the opposition, this request concerns only Plaintiff's reply deadline. Good cause exists for this brief extension due to competing filing deadlines in other matters. This request is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED that Plaintiff's deadline to file its Reply in Support of Motion for Punitive Damages, currently due on April 13, 2026, shall be extended by three (3) days, up to and including April 16, 2026.

Dated this 13th day of April 2026

MUSHKIN & COPPEDGE

/s/Michael R. Mushkin
MICHAEL R. MUSHKIN
Nevada State Bar No. 2421
L. JOE COPPEDGE
Nevada State Bar No. 4954
6070 S. Eastern Avenue, Suite 270
Las Vegas, NV 89119
Attorneys for Plaintiff
*ATM Merchant Systems*

Dated this 13th day of April 2026

HOLLAND & HART

/s/Sydney R. Gambee
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Attorneys for Defendant
*Elavon*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
April 17, 2026, *nunc pro tunc* to April 13, 2026